# Court of Appeals
# of the State of Georgia

ATLANTA, May 11, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1823. MICHAEL D. JORDAN et al v. LIQUID SERVICES AND LOGISTICS, LLC.

Defendant Liquid Services and Logistics, LLC filed a motion to stay a foreign judgment rendered against it in South Carolina because of a pending appeal in that state. The trial court granted the motion and stayed enforcement of the judgment for 60 days. The trial court also ordered Defendant to provide an update on the South Carolina appeal proceedings on or before May 4, 2026. Plaintiffs Michael D. Jordan, Apple Services, Inc., and Plumbinator 1051, LLC then filed this direct appeal. We, however, lack jurisdiction.

As this case remains pending below, the order Plaintiffs seek to appeal is a non-final order. See OCGA § 5-6-34(a)(1)(B) (providing for a right of direct appeal from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below[.]"). Under these circumstances, Plaintiffs could appeal only if they complied with the interlocutory appeal procedures of OCGA § 5-6-34(b) or if the trial court expressly determined that there was no just reason for delay under OCGA § 9-11-54(b). *Johnson v. Hosp. Corp. of Am.*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989). "Where neither of these code sections [is] followed, the appeal is premature and must be dismissed." Id. (quotation marks omitted).

Because this case remains pending below, the defendants did not follow the interlocutory appeal procedures, and the trial court did not enter judgment in accordance with OCGA § 9-11-54(b), we are without jurisdiction to consider this appeal.

Accordingly, the appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

 *Clerk's Office, Atlanta, 05/11/2026*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*